**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:
Bankruptcy Case No. **12-20426**
**MOLLIE ENTERPRISES, INC.**

                      Debtor

Adversary Proceeding No. **15-00034**
**TRUSTEE BRENDA PORTER HELMS**

                      Plaintiff

v.
**CHARLES HANSON**

                      Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

To: CHARLES HANSON

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **David L Kane**<br>**300 S Wacker Drive**<br>**Chicago, IL 60606** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | Status Hearing Date and Time<br>02/24/2015 at 10:00AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**


Date Issued
January 16, 2015

Jeffrey P. Allsteadt, Clerk Of Court

| TRUSTEE BRENDA HELMS, not individually, but solely as Chp. 7 Trustee for Mollie Enterprises, Inc., v. CHARLES HANSON | Adv Proc No: **15-00034** |
|---|---|
| Plaintiff v Defendant | |

## CERTIFICATE OF SERVICE

I, __Dianne Nichols__, certify that service of this summons and a copy of the complaint was made __on 1/16/2015__ by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, and via certified mail-return receipt requested, addressed to:

Charles Hanson, 261 12th Street, Key Colony Beach, FL 33051

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  1/26/2015                  Signature  *Dianne Nichols*

Print Name:  Dianne Nichols

Business Address:  Meltzer, Purtill & Stelle LLC, 300 S. Wacker Drive, Suite 3500, Chicago, IL 60606

FIRST-CLASS MAIL
$01.61⁰
ZIP 60606
041L11232667

neopost
01/16/2015
US POSTAGE



MELTZER, PURTILL & STELLE LLC
ATTORNEYS AT LAW

MPS LAW

300 SOUTH WACKER DRIVE
SUITE 3500
CHICAGO, ILLINOIS 60606-6704

Charles Hanson
261 12th Street
Key Colony Beach, FL 33051

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.61 |

Postmark Here  JAN -5 2015  COLLINS POSTAL STORE

Sent To: Charles Hanson
Street, Apt. No.; or PO Box No.: 261 12th Street
City, State, ZIP+4: Key Colony Beach, FL 33051

PS Form 3800, August 2006    See Reverse for Instructions

7011 0470 0000 0150 4702