# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Mollie Enterprises, Inc.,[1] | Case No. 12-20426 (jointly administered) |
| Debtor. | Honorable Eugene R. Wedoff |
| BRENDA HELMS, not individually, but solely as Chapter 7 trustee for Mollie Enterprises, Inc., | Adversary No. 15-00034 |
| Plaintiff, | |
| v. | |
| CHARLES HANSON, | |
| Defendant. | |

## PLAINTIFF'S AMENDED LIST OF EXHIBITS FOR TRIAL

This Plaintiff's List of Exhibits is hereby submitted by plaintiff Brenda Helms, not individually, but solely as Chapter 7 trustee for Mollie Enterprises, Inc. ("Plaintiff"), by and through her undersigned counsel, in connection with the trial in the above-captioned adversary proceeding scheduled to commence on June 29, 2015 at 9:30 a.m.

1. Complaint [Dkt. No. 1].

2. Answer and Affirmative Defenses [Dkt. No. 15].

3. Hanson's Response to Plaintiff's Request for Production.

4. Hanson's Response to Plaintiff's First Set of Interrogatories.

---

[1] Jointly administered and substantively consolidated debtor Northwest Building Material of Illinois, Inc.'s case number is 12-37478.

{34400: 001: 01652377.DOC : }

5. Transcript of Rule 341 meeting of creditors in *In re: Mollie Enterprises, Inc.*

6. Transcript of deposition ("Deposition") of Peter Cieslak dated June 4, 2015.

7. Northwest Building Materials & Supply Co. and Affiliated Companies Combined Financial Statements and Independent Accountants' Report – December 31, 2003 and 2002.

8. Northwest Building Materials & Supply Co. and Affiliated Companies Combined Financial Statements and Independent Accountants' Report – December 31, 2004 and 2003.

9. Northwest Building Materials & Supply Co. and Affiliated Companies Combined Financial Statements and Independent Accountants' Report – December 31, 2005.

10. Northwest Building Materials & Supply Co. and Affiliated Companies Combined Financial Statements and Independent Accountants' Report – December 31, 2006 and 2005.

11. Northwest Building Materials & Supply Co. and Affiliated Companies Combined Financial Statements and Independent Accountants' Report – December 31, 2007 and 2006.

12. Northwest Building Materials & Supply Co. and Affiliated Companies Combined Financial Statements and Independent Accountants' Report – December 31, 2008 and 2007.

13. Northwest Bldg Matls Corporate Balance Sheet with Last Year Comparison as of Dec 31, 2008.

14. Personal Financial Statement of Charles R. Hanson and Marian B. Hanson as of May 31, 2009.

15. Northwest Building & Materials Year End: December 31, 2009 Trial balance report.

16. Northwest Bldg Matls Corporate Balance Sheet with Last Year Comparison as of Dec 31, 2010.

17. Email dated August 26, 2010 10:34 AM from khenry@northwestbuildingmaterial.com to CBelong@sbtbanknow.com and pcieslak@millercooper.com, subject "Re: : Northwest Building," together with certain related emails attached thereto.

18. Email dated August 26, 2011 12:43 PM from khenry@northwestbuildingmaterial.com to TFMCGUIRE@arnstein.com and pcieslak@millercooper.com, subject "Re: C.S. Realty and Professional Trucking," together with certain related emails attached thereto.

19. Email dated August 26, 2011 12:57 PM from TFMCGUIRE@arnstein.com to khenry@northwestbuildingmaterial.com and pcieslak@millercooper.com, subject "Re: C.S. Realty and Professional Trucking," together with certain related emails attached thereto.

20. Email dated October 20, 2011 4:43 PM from pcieslak@millercooper.com to khenry@northwestbuildingmaterial.com, subject "Re: ClarkWestern v. Charles Hanson," together with certain related emails attached thereto.

21. Item Number 2 produced by Miller Cooper & Co., Ltd. on or about June 18, 2015, including, without limitation, "Interest receivable from Officer" worksheet and supporting journal entries

22. Item Number 3 produced by Miller Cooper & Co., Ltd. on or about June 18, 2015, including, without limitation, Balance Sheet with Last Year Comparison as of Dec 31, 2010 and related worksheet.

Plaintiff reserves the right to supplement, modify or amend this Plaintiff's List of Exhibits for Trial.

Dated: June 19, 2015

David L. Kane (ARDC No. 6277758)
Steven R. Rogovin (ARDC No. 6301409)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

**BRENDA HELMS, not individually, but solely as Chapter 7 trustee for the bankruptcy estate of MOLLIE ENTERPRISES, INC.**

By: /s/ Steven R. Rogovin
        One of Her Attorneys