F:\WP51\DOCS\KHENRY\6989.0015\00092796.DOC

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| Mollie Enterprises, Inc. | ) | Case No. 12-20426 |
| | ) | |
| Debtor | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | |
| Brenda Helms, as Trustee | ) | |
| | ) | Adversary No. 15-00034 |
| Plaintiff | ) | |
| v. | ) | |
| Charles Hanson | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF FILING

TO:   David L. Kane
      Meltzer, Purtill & Stelle LLC
      300 South Wacker Drive, Suite 3500
      Chicago, Illinois 60606
      (312) 987-9900
      Fax: (312) 987-9854

PLEASE TAKE NOTICE that on the 24th day of June, 2015, I caused to be filed with the United States District Court for the Northern District of Illinois, First Amended Witness and Exhibit List of Adversary Defendant Charles Hanson, which attached referenced exhibits, a copy of which is attached hereto and hereby served upon you.

Peter G. Swan
EMALFARB, SWAN & BAIN
440 Central Avenue
Highland Park, IL 60035
(847) 432-6900
# 6186883

## CERTIFICATE OF SERVICE

I, Peter Swan, certify I served this notice by mailing copies to the above attorneys of record at the addresses above and depositing the same in the U.S. Mail at the Central Ave. Post Office, by 5:45 P.M. on June 24, 2015.

/s/ Peter G. Swan

F:\WP51\DOCS\KHENRY\6989.0015\00096097.DOC

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| Mollie Enterprises, Inc. | ) | Case No. 12-20426 |
| | ) | |
| Debtor | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | |
| Brenda Helms, as Trustee | ) | |
| | ) | Adversary No. 15-00034 |
| Plaintiff | ) | |
| v. | ) | |
| Charles Hanson | ) | |
| | ) | |
| Defendant | ) | |

## FIRST AMENDED WITNESS AND EXHIBIT LIST OF CHARLES HANSON

Now comes Charles Hanson, and for his list of witnesses who may testify at trial on behalf of the Adversary Defendant and for his list of exhibits that he will offer as evidence at trial in this matter, attaches hereto the referenced exhibits and states as follows:

### WITNESSES:

1) Katherine M. Henry: She is the daughter of Charles Hanson and was an officer of Northwest Building Material & Supply Co. ("NWBM").

2) Peter Cielak: He is a partner in the accounting firm of Miller & Cooper which prepared tax returns and financial information for NWBM, Charles Hanson and companies affiliated therewith.

### EXHIBITS:

A) Letter from Daniel F. O'Reilly, M.D. dated July 5, 2013.

B) NWBM tax return for 2006

C) NWBM tax return for 2009

D)    NWBM tax return for 2010

E)    Hanson tax return for 2011

F)    Hanson Personal Financial Statement 5-31-10

G)    Hanson Personal Financial Statement 7-31-11

H)    Plaintiff's Answer to Discovery Requests

Respectfully Submitted
Charles Hanson


By: /s/ Peter G. Swan
    EMALFARB, SWAN & BAIN
    His Attorneys


Peter G. Swan
EMALFARB, SWAN & BAIN
440 Central Avenue
Highland Park, Illinois 60035
(847) 432-6900
Attorney # 6186883