## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 12 B 20426** |
| **MOLLIE ENTERPRISES, INC.,** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| ——————————————— | ) | |
| | ) | **Case No. 15 AP 00034** |
| | ) | |
| **BRENDA HELMS, SOLELY AS** | ) | |
| **CHAPTER 7 TRUSTEE,** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CHARLES HANSON,** | ) | |
| | ) | |
| Defendant. | ) | |
| ——————————————— | ) | |

## JUDGMENT ORDER

For the reasons stated on the record, judgment on the plaintiff's Adversary Complaint is entered against Charles Hanson in the amount of $3,530,000.00, plus pre-judgment interest from December 18, 2014, at the prime rate less 50 basis points, and post-judgment interest.

Dated:  June 29, 2015

Eugene R. Wedoff
United States Bankruptcy Judge