UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | ) BK No.: 12-20426 |
| | ) (Jointly Administered) |
| Mollie Enterprises, Inc., | ) Chapter: 7 |
| | ) Honorable Eugene Wedoff |
| Debtor(s) | ) |
| BRENDA HELMS, not individually, but solely as Chapter 7 trustee for Mollie Enterprises, Inc. | ) Adv. No.: 15-00034 |
| Plaintiff(s) | ) |
| CHARLES HANSON | ) |
| Defendant(s) | ) |

**ORDER GRANTING AMENDED MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF PAGE LIMIT UNDER LOCAL RULE 5005-3**

THIS CAUSE coming to be heard on Plaintiff/Trustee's Amended Motion for Leave to File Briefs in Excess of Page Limit Under Local Rule 5005-3 (the "Motion"); the Court finding that: (i) it has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) proper and adequate notice of the Motion and the hearing thereon has been given, and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion, after having given due deliberation to the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The Motion is granted, and Plaintiff/Trustee is granted leave to file each of her Post-Trial Briefs in excess of the fifteen (15) page limit as set forth in Local Rule 5005-3.

Enter: _/s/ Eugene R. Wedoff_

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: September 09, 2015

**Prepared by:**

David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)